JAMES J. YUKEVICH (SBN 159896)
  *jyukevich@yukelaw.com*
CRISTINA M. CIMINELLI (SBN 206201)
  *cciminelli@yukelaw.com*
JEFFREY W. CALIGIURI (SBN 273908)
  *jcaligiuri@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788
Email:       eservice@yukelaw.com

Attorneys for Defendant
ZF TRW AUTOMOTIVE HOLDINGS CORP.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| IGOR SHABANETS, | CASE NO. 8:20-cv-02182 |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)** |
| vs. | |
| ZF TRW AUTOMOTIVE HOLDINGS CORPS., a Delaware Corporation, VOLKSWAGEN GROUP, and DOES 1 - 20, inclusive, | DEMAND FOR JURY TRIAL |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant ZF TRW AUTOMOTIVE HOLDINGS CORP. ("ZF TRW AH") hereby removes the state court action entitled *Igor Shabanets, Plaintiff vs. ZF TRW Automotive Holdings Corp., Volkswagen Group, and Does 1 - 20, Defendants*, case number 30-2020-01152238-CU-PL-CJC, from the Superior Court of the State of California for the County of Orange to the United States District Court for the

2140792.1 / 284-002

YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

Central District of California.  Removal is warranted under 28 U.S.C. § 1441(b) because this is a diversity action over which this Court has original jurisdiction under 28 U.S.C. § 1332.  As grounds for this removal, ZF TRW AH submits the following:

1.     On July 30, 2020, Plaintiff IGOR SHABANETS ("Plaintiff") filed an action in the Superior Court of the State of California for the County of Orange, bearing case number 30-2020-01152238-CU-PL-CJC, against ZF TRW AH, Volkswagen Group, and DOES 1 through 20.  *See* Ex. 1, Complaint, pg. 2.

2.     This action arises from a motor vehicle incident on July 31, 2018. Plaintiff alleges he was injured by the airbag installed in a 2016 Lamborghini Aventador, bearing vehicle identification number ZHWUC1ZD0HLA05711 (the "Subject Vehicle").[1]  *Id.* at pg. 5.

3.     The Complaint asserts the following causes of action and claims for relief: (1) strict liability; (2) negligence; and (3) breach of express and implied warranties.  *Id.*

4.     ZF TRW AH has not yet answered or responded to the Complaint.

5.     In the Complaint, Plaintiff variously identifies "Volkswagen Group" and "Volkswagen Group of America, a New Jersey Corp." as a defendant.  *Id.* at pgs. 2-3, 5.  "Volkswagen Group" and "Volkswagen Group of America" do not appear to be legal entities.  Although not specifically named in the Complaint, Volkswagen Group of America, Inc. is a legal entity.  "Volkswagen Group," "Volkswagen Group of America" and Volkswagen Group of America, Inc. have not been served with the Summons and Complaint.

6.     As set forth more fully below, this case is properly removed to this Court under 28 U.S.C. § 1441 because this Court has subject matter jurisdiction over

---

[1] The vehicle identification number for the Subject Vehicle supplied in the Complaint – ZHWUC1ZD0HLA05711 – appears to be for a 2017 Lamborghini Aventador, not a 2016.

1  this action pursuant to 28 U.S.C. § 1332, and the removing defendant, ZF TRW AH,

2  has satisfied the procedural requirements for removal.

3  **I.**  **REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT**

4      **MATTER JURISDICTION UNDER 28 U.S.C. §§ 1332 AND 1441(B)**

5      7.   This Court has subject matter jurisdiction under 28 U.S.C. §§ 1332 and

6  1441(b) because this is a civil action between citizens of different states, and the

7  amount in controversy exceeds $75,000.00, exclusive of costs and interest.

8      **A.**  **Complete Diversity of Citizenship**

9      8.   Plaintiff is, and at the time he commenced this action and filed suit was,

10 a citizen of the State of California, and a resident of Orange County, California.  *See*

11 Ex. 1, Order on Court Fee Waiver, pg. 13.

12     9.   ZF TRW AH is, and at the time Plaintiff commenced this action and

13 filed suit was, a corporation organized under the laws of the State of Delaware with

14 its principal place of business in Livonia, Michigan, and therefore, is a citizen of the

15 states of Delaware and Michigan for purposes of determining diversity.  *See* 28

16 U.S.C. § 1332(c)(1).

17     10.  "Volkswagen Group" and "Volkswagen Group of America" do not

18 appear to be legal entities.  Volkswagen Group of America, Inc. is, and at the time

19 Plaintiff commenced this action and filed suit was, a corporation organized under

20 the laws of the State of New Jersey with its principal place of business in Herndon,

21 Virginia, and therefore, is a citizen of the states of New Jersey and Virginia for

22 purposes of determining diversity.  *See* 28 U.S.C. § 1332(c)(1).

23     11.  Defendant DOES 1 through 20 are fictitious names whose citizenship

24 "shall be disregarded" for purposes of removal under 28 U.S.C. § 1441 *et seq.*

25     12.  Therefore, there is complete diversity of citizenship because Plaintiff is

26 a citizen of California, and the defendants, ZF TRW AH and Volkswagen Group  of

27 America, Inc., are not citizens of the State of California.

28 / / /

YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1

### B.   <u>Amount in Controversy</u>

2      13.   Plaintiff alleges he was injured by the airbag in the Subject Vehicle and claims damages for wage loss, loss of use of property, hospital and medical expenses, general damage, property damage, loss of consortium, and punitive damages.  *See* Ex. 1, Complaint, pgs. 4-5.   For the "Jurisdiction" section in the Complaint, Plaintiff identified the lawsuit as an "unlimited civil case (exceeds $25,000.00)." *Id*. at pg. 2.

3      14.   It is facially apparent from these allegations of the nature and extent of Plaintiff's injuries, the value of the Subject Vehicle,[2] the product liability causes of action alleged, and the relief Plaintiff seeks (including punitive damages, wage loss, loss of use of property, hospital and medical expenses, general damage, property damage, and loss of consortium) that the amount in controversy exceeds the sum of $75,000.00.

4      15.   Where no amount is pleaded, the Court looks to the "facially apparent" allegations in the Complaint to assess the amount in controversy.  *See Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999) (finding it "facially apparent" from the Complaint that the amount in controversy is satisfied because "based on a tort theory of recovery, appellant alleged damages for property, travel expenses, an emergency ambulance trip, a six day stay in the hospital, pain and suffering, humiliation, and her temporary inability to do housework after the hospitalization."); *White v. FCI USA, Inc.,* 319 F.3d 672, 675 (5th Cir. 2003) (In a wrongful termination action, "The district court concluded it was 'more probable than not' that the lengthy list of compensatory and punitive damages sought by [plaintiff], when combined with attorney's fees, would exceed $75,000.").  "The amount in controversy is simply an estimate of the total amount in dispute, not a prospective assessment of

---

[2] According to the CarFax report for the Subject Vehicle, the pre-accident market value of the vehicle is $317,140.00. *See* Ex. 2, CarFax Report, pg. 21.

1  defendant's liability."  *Lewis v. Verizon Communications, Inc.,* 627 F.3d 395, 400

2  (9th Cir. 2010); *see McPhail v. Deere & Co.,* 529 F.3d 947, 956 (10th Cir. 2008)

3  ("The amount in controversy is not proof of the amount the plaintiff will recover.

4  Rather, it is an estimate of the amount that will be put at issue in the course of the

5  litigation.").

6      16.    Here, Plaintiff pleads causes of action for strict products liability,

7  negligence, and breach of warranty, and is claiming compensatory damages for

8  personal injury, property damages, and general damages arising from a motor

9  vehicle accident.  *See Luckett,* 171 F.3d at 298.  Plaintiff also seeks punitive

10  damages.  Therefore, on the face of the Complaint, the amount in controversy

11  exceeds the $75,000.00 jurisdictional threshold for diversity jurisdiction.  *See* 28

12  U.S.C. § 1332.

13  **II.**    **REMOVING DEFENDANT HAS SATISFIED THE PROCEDURAL**

14      **REQUIREMENTS FOR REMOVAL**

15      17.    On October 14, 2020, ZF TRW AH was personally served with the

16  Summons and Complaint through its agent for service of process in Michigan.

17      18.    Accordingly, this Notice of Removal is timely filed under 28 U.S.C. §

18  1446(b) because it was filed within thirty days after ZF TRW AH accepted service

19  of process on October 14, 2020.  Further, not more than one year has commenced

20  since this lawsuit was filed on July 30, 2020.  *See* 28 U.S.C. § 1446(c)(1).

21      19.    The Superior Court of the State of California for the County of Orange

22  is located within the Central District of California.  *See* 28 U.S.C. § 1441(a).

23      20.    The removing defendant is not a citizen of the State of California, the

24  State where this action was brought.  *See* 28 U.S.C. § 1441(b).

25      21.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and

26  orders served upon the removing defendant are attached hereto as Exhibit 1.

27      22.    Consent to removal is not required from Volkswagen Group of

28  America, Inc. pursuant to 28 U.S.C. § 1446(b)(2)(A) because it has not been

YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

properly joined and served.  Consent to removal is not required from "Volkswagen Group" or "Volkswagen Group of America, a New Jersey Corp." because neither have been properly joined and served and do not appear to be valid legal entities.

23.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff and a copy is being filed with the Clerk of the Superior Court of the State of California for the County of Orange.

WHEREFORE, Defendant ZF TRW AUTOMOTIVE HOLDINGS CORP. respectfully removes this action from the Superior Court of the State of California for the County of Orange, bearing case number 30-2020-01152238-CU-PL-CJC, to the above-entitled Court.

DATED:  November 13, 2020              YUKEVICH | CAVANAUGH


By:      /s/ Jeffrey W. Caligiuri
        James J. Yukevich
        Cristina M. Ciminelli
        Jeffrey W. Caligiuri
        Attorneys for Defendant
        ZF TRW AUTOMOTIVE HOLDINGS
        CORP.

YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

EXHIBIT 1

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ZF TRW Automotive Holdings Corp. and Volkswagen Group
DOES 1 TO 20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Igor Shabanets

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: | CASE NUMBER: *(Número del Caso):*
*(El nombre y dirección de la corte es):*
700 Civic Center Driver West, Santa Ana, CA 92701
Central Justice Center

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Bruce A. Boice, Esq., SBN: 249296, Law Office of Boice & Associates, 307 E. Chapman Ave., Suite #102, Orange,CA 92866  TEL: 949-690-8647

DATE: | Clerk, by | , Deputy
*(Fecha)* | *(Secretario)* | *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation) | ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) | ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) | ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

Exhibit 1 - Page 001

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Bruce A. Boice, Esq., SBN: 249296<br>Law Office of Boice & Associates<br>307 E. Chapman Ave., Suite 102<br>Orange, CA 92866<br><br>TELEPHONE NO.: 949-690-8647    FAX NO. *(Optional)*: 949-266-8647<br>E-MAIL ADDRESS *(Optional)*: bboice@lawyer.com<br>ATTORNEY FOR *(Name)*: Igor Shabanets | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS: 700 CIVIC CENTER DRIVE WEST
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: Igor Shabanets

DEFENDANT: ZF TRW Automotive Holdings Corp. and Volkswagen Group

[X] DOES 1 TO 20

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] AMENDED *(Number)*:<br>**Type** *(check all that apply):*<br>[X] MOTOR VEHICLE   [ ] OTHER *(specify):*<br>  [ ] Property Damage   [ ] Wrongful Death<br>  [X] Personal Injury   [ ] Other Damages *(specify):*<br>**Jurisdiction** *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded  [ ] does not exceed $10,000<br>    [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | 30-2020-01152238-CU-PL-CJC<br><br>Assigned for all purposes to:<br><br>Judge Layne H. Melzer |

1. **Plaintiff** *(name or names):* Igor Shabanets
   alleges causes of action against **defendant** *(name or names):*
   ZF TRW Automotive Holdings Corp., a Delaware Corp.; Volkswagen Group of America, a New Jersey Corp.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

Exhibit 1 - Page 002

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Igor Shabanets vs ZF TRW Automotive Holdings Corp. and Volkswagen Group | |

4. ☐ Plaintiff (name):
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. ☒ except defendant (name): ZF TRW Automotive Holdings Corp.
    (1) ☐ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  c. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  b. ☒ except defendant (name): Volkswagen Group
    (1) ☐ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  d. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☒ Doe defendants (specify Doe numbers): 1-10      were the agents or employees of other
    named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants (specify Doe numbers): 11-20      are persons whose capacities are unknown to
    plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
  a. ☐ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Exhibit 1 - Page 003

PLD-PI-001

| SHORT TITLE:<br>Igor Shabanets vs ZF TRW Automotive Holdings Corp. and Volkswagen Group | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

a. [ x ] Motor Vehicle
b. [   ] General Negligence
c. [   ] Intentional Tort
d. [ x ] Products Liability
e. [   ] Premises Liability
f. [   ] other *(specify):*


11. Plaintiff has suffered
a. [ x ] wage loss
b. [ x ] loss of use of property
c. [ x ] hospital and medical expenses
d. [ x ] general damage
e. [ x ] property damage
f. [   ] loss of earning capacity
g. [ x ] other damage *(specify):*

   Loss of consortium

12. [   ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [   ] listed in Attachment 12.
   b. [   ] as follows:




13. The relief sought in this complaint is within the jurisdiction of this court.



14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [ x ] compensatory damages
      (2) [ x ] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [ x ] according to proof
      (2) [   ] in the amount of: $
15. [   ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*


Date: 7/30/2020

Igor Shabanets
_____
(TYPE OR PRINT NAME)

▶ _Igor Shabanets_ (signature)
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 3 of 3

Exhibit 1 - Page 004

PLD-PI-001(5)

| SHORT TITLE:<br>Igor Shabanets vs ZF TRW Automotive Holdings Corp. al al. | CASE NUMBER: |
|---|---|

FIRST _____ **CAUSE OF ACTION—Products Liability**   Page ___4___
    (number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):*  Igor Shabanets

Prod. L-1. On or about *(date):*  07/31/2018      plaintiff was injured by the following product:
ZF TRW Automotive Holdings airbag that was installed in plaintiff's 2016 Lamborghini Aventador, VIN # ZHWUC1ZDOHLA05711.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury was being
    ☑ used in the manner intended by the defendants.
    ☐ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
    ☑ purchaser of the product.      ☑ user of the product.
    ☐ bystander to the use of the product.      ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L- 4. ☑ **Count One—Strict liability** of the following defendants who
    a. ☑ manufactured or assembled the product *(names):*
        ZF TRW Automotive Holdings Corp.

        ☑ Does 1 _____ to 20 _____

    b. ☐ designed and manufactured component parts supplied to the manufacturer *(names):*

        ☐ Does _____ to _____

    c. ☑ sold the product to the public *(names):*
        Volkswagen Group

        ☑ Does 1 _____ to 20 _____

Prod. L-5. ☑ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
    ZF TRW Automotive Holdings Corp., and Volkswagen Group
        ☑ Does 1 _____ to 20 _____

Prod. L-6. ☑ **Count Three—Breach of warranty** by the following defendants *(names):*
    ZF TRW Automotive Holdings Corp., and Volkswagen Group
        ☑ Does 1 _____ to 20 _____
    a. ☑ who breached an implied warranty
    b. ☑ who breached an express warranty which was
        ☑ written    ☑ oral

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    ☐ listed in Attachment-Prod. L-7 ☐ as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*

Exhibit 1 - Page 005

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Bruce A. Boice, Esq., SBN: 249296<br>Law Office of Boice & Associates<br>307 E. Chapman Ave., Suite 102<br>Orange, CA 92866<br>TELEPHONE NO.: 949-690-8647    FAX NO.: 949-266-8647<br>ATTORNEY FOR *(Name):* Igor Shabanets | **FOR COURT USE ONLY** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVER WEST
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: CENTERL JUSTICE CENTER

CASE NAME:
Igor Shabanets vs ZF TRW Automotive Holdings Corp., at al

| **CIVIL CASE COVER SHEET** | | Complex Case Designation | | CASE NUMBER: 30-2020-01152238-CU-PL-CJC |
|---|---|---|---|---|
| ✓ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | Assigned for all purposes to: | JUDGE: Judge Layne H. Melzer<br><br>DEPT: C12 |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ✓ Auto (22) | ☐ Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ✓ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is  ✓ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties      d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel      e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve         in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence         f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ✓ monetary   b. ✓ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is  ✓ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 07/30/2020

Bruce A. Boice, Esq.
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Exhibit 1 - Page 006

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability *(not asbestos or
toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) *(not civil
harassment)* (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
*(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer
or wrongful eviction)*
Contract/Warranty Breach–Seller
Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage *(not provisionally
complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent
domain, landlord/tenant, or
foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
*(arising from provisionally complex
case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment *(non-
domestic relations)*
Sister State Judgment
Administrative Agency Award
*(not unpaid taxes)*
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-
harassment)*
Mechanics Lien
Other Commercial Complaint
Case *(non-tort/non-complex)*
Other Civil Complaint
*(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition *(not specified
above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

Exhibit 1 - Page 007

**FW-003**  **Order on Court Fee Waiver**
**(Superior Court)**

| | |
|---|---|
| *Clerk stamps date here when form is filed.* | |

**①** **Person who asked the court to waive court fees:**

Name: Igor Shabanets

Street or mailing address: 2 Monarch Cove

City: Dana Point        State:   CA      Zip: 92629

**②** **Lawyer, if person in ① has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

Bruce A. Boice, Esq., SBN: 249296, Law Office of Bruce Boice,

307 E. Chapman Ave, Suite 102, Orange, CA 92866

TEL: 949-690-8647

*Fill in court name and street address:*

**Superior Court of California, County of Orange**

CENTRAL JUSTICE CENTER
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701

**③** A request to waive court fees was filed on *(date):*   07/30/2020

☐  The court made a previous fee waiver order in this case  on *(date):*

*Fill in case number and name:*

**Case Number:**

**Case Name:**
Shabanets vs ZT TRW Automotive

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**④** After reviewing your:       ☐ *Request to Waive Court Fees*        ☐ *Request to Waive Additional Court Fees*
    **the court makes the following orders:**

a. ☐  The court **grants** your request, as follows:

   (1) ☐  **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:
   • Filing papers in superior court
   • Making copies and certifying copies
   • Sheriff's fee to give notice
   • Court fee for phone hearing
   • Giving notice and certificates
   • Sending papers to another court department
   • Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
   • Assessment for court investigations under Probate Code section 1513, 1826, or 1851
   • Preparing, certifying, copying, and sending the clerk's transcript on appeal
   • Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
   • Making a transcript or copy of an official electronic recording under rule 8.835

   (2) ☐  **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.
   ☐  Jury fees and expenses
   ☐  Fees for court-appointed experts
   ☐  Other  *(specify):*  _____
   ☐  Fees for a peace officer to testify in court
   ☐  Court-appointed interpreter fees for a witness

Judicial Council of California, *www.courts.ca.gov*
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52        **Order on Court Fee Waiver (Superior Court)**        **FW-003**, Page 1 of 3

Exhibit 1 - Page 008

Your name:  Igor Shabanets

Case Number:

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below    ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below    ☐ On Attachment 4b(2)

_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
  ☐ Below    ☐ On Attachment 4c(1)

_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
  ☐ Below    ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____

**This is a Court Order.**

**Order on Court Fee Waiver (Superior Court)**

FW-003, Page 2 of 3

Exhibit 1 - Page 009

Your name: Igor Shabanets

Case Number:

**Hearing Date** → Date: _____  Time: _____
Dept.: _____  Room: _____

Name and address of court if different from above:
_____
_____
_____
_____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: _____

Signature of (check one):   ☐ *Judicial Officer*   ☐ *Clerk, Deputy*

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one)*:

☐ I handed a copy of this Order to the party and attorney, if any, listed in ①and②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ①and②, from *(city):* _____, California, on the date below.

☐ A certificate of mailing is attached.

Date: _____

Clerk, by _____, Deputy
Name: _____

**This is a Court Order.**

# SUPERIOR COURT OF CALIFORNIA

**ORANGE**

**700 W. Civic Center DRIVE**

**Santa Ana, CA 92702**

**(657) 622-6878**

**www.occourts.org**

## NOTICE OF CASE ASSIGNMENT

Case Number: **30-2020-01152238-CU-PL-CJC**

Your case has been assigned for all purposes to the judicial officer indicated below. A copy of this information must be provided with the complaint or petition, and with any cross-complaint that names a new party to the underlying action.

| ASSIGNED JUDGE | COURT LOCATION | DEPARTMENT/ROOM | PHONE |
|---|---|---|---|
| Hon. Layne H. Melzer | **CENTRAL JUSTICE CENTER** | C12 | (657) 622-6878 |
| **Hearing:** | Date: | | Time: |
| **JUDGE** | **COURT LOCATION** | **DEPARTMENT/ROOM** | **PHONE** |
| Hon. | | | |

[ **x** ]  ADR Information attached.

## SCHEDULING INFORMATION

**Judicial Scheduling Calendar Information**

Individual courtroom information and the items listed below may be found at: www.occourts.org.
.Case Information, Court Local Rules, filing fees, forms, Civil Department Calendar Scheduling Chart, Department phone numbers, Complex Civil E-filing, and Road Map to Civil Filings and Hearings.

**Ex Parte Matters**

Rules for Ex Parte Applications can be found in the California Rules of Court, rules 3.1200 through 3.1207 at: www.courtinfo.ca.gov.  Trials that are in progress have priority; therefore, you may be required to wait for your ex parte hearing.

**Noticed Motions**

* The following local Orange County Superior Court rules are listed for your convenience:
.   - Rule 307 - Telephonic Appearance Litigants - Call CourtCall, LLC at (310) 914-7884 or (888) 88-COURT.
.   - Rule 380 - Fax Filing, Rule 450 - Trial Pre-Conference  (Unlimited Civil)
.* All Complex Litigation cases are subject to mandatory Electronic Filing, unless excused by the Court.
.* Request to Enter Default and Judgment are strongly encouraged to be filed as a single packet.

**Other Information**

Hearing dates and times can be found on the Civil Department Calendar Scheduling Chart.
.All fees and papers must be filed in the Clerk's Office of the Court Location address listed above.

Date:  07/31/2020

Amy Van Arkel

_____, Deputy Clerk

**NOTICE OF CASE ASSIGNMENT**          Exhibit 1 - Page 011

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: Central Justice Center | *FOR COURT USE ONLY* |
|---|---|
| SHORT TITLE: Shabanets vs. ZF TRW Automotive Holdings Corp. | |

| NOTICE OF REJECTION OF ELECTRONIC FILING | CASE NUMBER:<br>30-2020-01152238-CU-PL-CJC |
|---|---|

The electronic filing described by the summary data below was reviewed and rejected by the Superior Court of California, County of Orange

### E-Filing Summary Data

Electronically Submitted By: Igor Shabanets
On Behalf of:
Transaction Number:    2927899
Court received Date:    07/31/2020
Court received Time:    05:16:30 PM
Amount not to Exceed:

### Documents Electronically Filed

Summons

This electronic filing was rejected based on the following reason(s):

**Reject Reason 1:**  Other
                      Clerk's comments to submitter:
                      Defendant verbiage, including wording 'to,' must reflect exactly as
                      Complaint. Please update & resubmit. thank you

### E-Filing Service Provider Information

Name:              OneLegal
Email:             support@onelegal.com
Contact Person:  Customer Support
Phone:           8009388815

Exhibit 1 - Page 012

Electronically Received by Superior Court of California, County of Orange, 07/30/2020 02:06:10 PM.
30-2020-01152238-CU-PL-CJC - ROA # 5 - DAVID H. YAMASAKI, Clerk of the Court By Amy Van Arkel, Deputy Clerk.

## FW-003

### Order on Court Fee Waiver (Superior Court)

Clerk stamps date here when this is filed.

**FILED**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**AUG 03 2020**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____,DEPUTY

**(1) Person who asked the court to waive court fees:**

Name: Igor Shabanets

Street or mailing address: 2 Monarch Cove

City: Dana Point       State: CA     Zip: 92629

**(2) Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

Bruce A. Boice, Esq., SBN: 249296, Law Office of Bruce Boice,
307 E. Chapman Ave, Suite 102, Orange, CA 92866
TEL: 949-690-8647

*Fill in court name and street address*

Superior Court of California, County of Orange

CENTRAL JUSTICE CENTER
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701

**30-2020**

*Fill in case number and name:*

Case Number: **01152238**

Case Name:
Shabanets vs ZT TRW Automotive

**(3)** A request to waive court fees was filed on *(date):*   07/30/2020

☐ The court made a previous fee waiver order in this case on *(date):*

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)** After reviewing your:   ☑ *Request to Waive Court Fees*   ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☑ The court **grants your request,** as follows:

(1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):* _____

☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

FW-003, Page 1 of 3

Exhibit 1 - Page 013

30-2020

Your name:  Igor Shabanets

Case Number: 0 1 1 5 2 2 3 8

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below        ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below        ☐ On Attachment 4b(2)

_____
_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
  ☐ Below        ☐ On Attachment 4c(1)

_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
  ☐ Below        ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____
_____

**This is a Court Order.**

Rev. September 1, 2019

**Order on Court Fee Waiver (Superior Court)**

FW-003, Page 2 of 3

Exhibit 1 - Page 014

30-2020

Your name: Igor Shabanets

Case Number: **01 1 5 2 2 3 8**

| Hearing Date | → Date: _____ | Time: _____ |
| | Dept.: _____ | Room: _____ |

Name and address of court if different from above:

_____
_____
_____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 8 - 3 - 20

Signature of (check one): ☒ Judicial Officer   ☐ Clerk, Deputy

**JAMES L. CRANDALL**

### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

### Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California, on the date below.

☒ A certificate of mailing is attached.

Date: _____

Clerk, by _____, Deputy

Name: _____

**This is a Court Order.**

Order on Court Fee Waiver (Superior Court)

FW-003, Page 3 of 3

Exhibit 1 - Page 015

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center Drive
Santa Ana, CA 92701

**SHORT TITLE:** Shabanets vs. ZF TRW Automotive Holdings Corp.

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: 30-2020-01152238-CU-PL-CJC |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of Order on Court Fee Waiver was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Santa Ana, California, on 08/07/2020.

Clerk of the Court, by: _____ , Deputy

LAW OFFICE OF BOICE & ASSOCIATES
307 E CHAPMAN AVENUE # 102
ORANGE, CA 92866

IGOR SHABANETS
2 MONARCH COVE
DANA POINT, CA 92629

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

Page: 1

Code of Civil Procedure , § CCP1013(a)

Exhibit 1 - Page 016

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | **FOR COURT USE ONLY**<br>**FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE* |
| PLANTIFF: Igor Shabanets | |
| DEFENDANT: ZF TRW Automotive Holdings Corp. et.al. | **Aug 27, 2020**<br>Clerk of the Court<br>By: **Monique Ramirez**, Deputy |
| Short Title: SHABANETS VS. ZF TRW AUTOMOTIVE HOLDINGS CORP. | |
| **NOTICE OF HEARING** | CASE NUMBER:<br>30-2020-01152238-CU-PL-CJC |

Please take notice that a(n), Jury Trial has been scheduled for hearing on 01/09/2023 at 09:00:00 AM in Department C12 of this court, located at Central Justice Center.

**IMPORTANT:**   Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
www.occourts.org/media-relations/CoronaVirusUpdate.html

**IMPORTANTE:**   Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
www.occourts.org/media-relations/CoronaVirusUpdate.html

**QUAN TRONG:**   Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.   www.occourts.org/media-relations/CoronaVirusUpdate.html

Clerk of the Court,  By: _____ , Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** SHABANETS VS. ZF TRW AUTOMOTIVE HOLDINGS CORP.

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: |
|---|---|
| | **30-2020-01152238-CU-PL-CJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above <u>Notice of Hearing</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Santa Ana</u>, <u>California</u>, on <u>08/27/2020</u>. Following standard court practice the mailing will occur at <u>Sacramento</u>, <u>California</u> on <u>08/28/2020</u>.

Clerk of the Court, by: _____ , Deputy

LAW OFFICE OF BOICE & ASSOCIATES
307 E CHAPMAN AVENUE # 102
ORANGE, CA 92866

---

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

Page: 2

V3 1013a (June 2004)                           Exhibit 1 - Page 018          Code of Civil Procedure , § CCP1013(a)

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center<br>PLANTIFF: Igor Shabanets<br><br>DEFENDANT: ZF TRW Automotive Holdings Corp. et.al.<br><br>Short Title: SHABANETS VS. ZF TRW AUTOMOTIVE HOLDINGS CORP. | **FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE*<br><br>**Aug 27, 2020**<br>Clerk of the Court<br>By: **Monique Ramirez**, Deputy |
| **NOTICE OF HEARING** | CASE NUMBER:<br>30-2020-01152238-CU-PL-CJC |

Please take notice that a(n), <u>Mandatory Settlement Conference</u> has been scheduled for hearing on <u>12/09/2022</u> at <u>08:30:00 AM</u> in Department <u>C12</u> of this court, located at <u>Central Justice Center</u>.

<u>IMPORTANT</u>:  Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
www.occourts.org/media-relations/CoronaVirusUpdate.html

<u>IMPORTANTE</u>:  Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
www.occourts.org/media-relations/CoronaVirusUpdate.html

<u>QUAN TRỌNG</u>:  Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.  www.occourts.org/media-relations/CoronaVirusUpdate.html

Clerk of the Court,  By: _____ , Deputy

Exhibit 1 - Page 019

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

---

**SHORT TITLE:** SHABANETS VS. ZF TRW AUTOMOTIVE HOLDINGS CORP.

---

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER: **30-2020-01152238-CU-PL-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 08/27/2020. Following standard court practice the mailing will occur at Sacramento, California on 08/28/2020.

Clerk of the Court, by: _____ , Deputy

LAW OFFICE OF BOICE & ASSOCIATES
307 E CHAPMAN AVENUE # 102
ORANGE, CA 92866

---

Exhibit 1 - Page 020

EXHIBIT 2

Vivian Powers (C463038)
Los Angeles, CA
Reference Number: Shabanets v. ZF TRW 00.000





This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 10/29/20 at 4:06:42 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

| **CARFAX** Ownership History | 👤 Owner 1 |
|---|---|
| The number of owners is estimated | |
| Year purchased | 2018 |
| Type of owner | Personal lease |

Exhibit 2 - Page 021

| | |
|---|---|
| Estimated length of ownership | 1 yr. 11 mo. |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | 2,077/yr |
| Last reported odometer reading | 5,090 |

## CARFAX Title History
CARFAX guarantees the information in this section

👤 Owner 1

| | |
|---|---|
| Salvage | Junk | Rebuilt | Fire | Flood | Hail | Lemon | ✅ Guaranteed No Problem |
| Not Actual Mileage | Exceeds Mechanical Limits | ✅ Guaranteed No Problem |



**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register | View Terms

## CARFAX Additional History
Not all accidents / issues are reported to CARFAX

👤 Owner 1

| | |
|---|---|
| **Total Loss** No total loss reported to CARFAX. | ✅ No Issues Reported |
| **Structural Damage** CARFAX recommends that you have this vehicle inspected by a collision repair specialist. | ✅ No Issues Reported |
| **Airbag Deployment** No airbag deployment reported to CARFAX. | ✅ No Issues Reported |
| **Odometer Check** No indication of an odometer rollback. | ✅ No Issues Indicated |
| **Accident / Damage** Accident reported on 07/31/2018. | Accident Reported |
| **Manufacturer Recall** Check with an authorized Lamborghini dealer for any open recalls. | Ask Your Dealer |

## CARFAX Detailed History



**Owner 1**
Purchased: 2018

Low mileage! This owner drove less than the industry average of 15,000 miles per year.

Personal Lease Vehicle
2,077 mi/yr

| | Mileage | Source | Comments |
|---|---|---|---|
| 12/15/2016 | 46 | British Motor Car Distributors San Francisco, CA 415-776-7700 bmcd.com ⭐ 4.7 / 5.0 40 Verified Reviews ✔ | **Vehicle offered for sale** |
| 12/21/2016 | | British Motor Car Distributors San Francisco, CA 415-776-7700 bmcd.com ⭐ 4.7 / 5.0 40 Verified Reviews ✔ | 🔧 **Vehicle serviced** - Pre-delivery inspection completed - Recommended maintenance performed - Maintenance inspection completed |

Exhibit 2 - Page 022

| 12/21/2016 | | Jaguar Land Rover San Francisco<br>415-776-7700<br>https://landroversanfrancisco.com<br>❤️ 354 Customer Favorites | Vehicle serviced<br>- Pre-delivery inspection completed<br>- Recommended maintenance performed<br>- Maintenance inspection completed |
| 03/10/2017 | 56 | Los Gatos Luxury Cars<br>Los Gatos, CA<br>408-358-7777<br>losgatosluxcars.com<br>⭐ 4.7 / 5.0<br>11 Verified Reviews ✔️ | Vehicle serviced<br>- Maintenance inspection completed |
| 03/16/2017 | | Los Gatos Luxury Cars<br>Los Gatos, CA<br>408-358-7777<br>losgatosluxcars.com<br>⭐ 4.7 / 5.0<br>11 Verified Reviews ✔️ | Vehicle offered for sale |
| 05/16/2017 | 62 | Los Gatos Luxury Cars<br>Los Gatos, CA<br>408-358-7777<br>losgatosluxcars.com<br>⭐ 4.7 / 5.0<br>11 Verified Reviews ✔️ | Vehicle serviced |
| 10/25/2017 | 78 | O'Gara Coach Company<br>Beverly Hills, CA<br>888-291-5533<br>ogaracoach.com | Vehicle offered for sale |
| 01/24/2018 | 82 | California<br>Motor Vehicle Dept.<br>Irvine, CA | Odometer reading reported |
| 02/14/2018 | | California<br>Motor Vehicle Dept.<br>Irvine, CA | Title issued or updated<br>- First owner reported<br>- Titled or registered as personal lease vehicle<br>- Loan or lien reported |
| 07/31/2018 | | California<br>Damage Report | ⚠️ Accident reported |
| 01/23/2020 | 4,030 | Financial Company | Vehicle sold<br><br>Millions of used vehicles are bought and sold at auction every year. |
| 03/07/2020 | 4,183 | SC Motors<br>Placentia, CA | Vehicle offered for sale |
| 07/13/2020 | 4,185 | Auto Auction | Listed as a dealer vehicle<br>- Vehicle sold |
| 09/25/2020 | 5,090 | Audi Henderson<br>Henderson, NV<br>702-982-4600<br>audihenderson.com<br>⭐ 4.7 / 5.0<br>131 Verified Reviews ✔️<br>❤️ 2,032 Customer Favorites | Vehicle serviced<br>- Oil and filter changed |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

CARFAX   Glossary

Exhibit 2 - Page 023

**Accident Indicator**
CARFAX receives information about accidents in all 50 states, the District of Columbia and Canada.

Not every accident is reported to CARFAX. As details about the accident become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- According to the National Safety Council, Injury Facts, 2015 edition, 8% of the 254 million registered vehicles in the U.S. were involved in an accident in 2013. Over 74% of these were considered minor or moderate.
- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 10/29/20 at 4:06:42 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:     **facebook.com/CARFAX**     **@CARFAXinc**     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2020 CARFAX, Inc., a unit of IHS Markit Ltd. All rights reserved.
10/29/20 4:06:42 PM (CDT)

Exhibit 2 - Page 024

## PROOF OF SERVICE

### Shabanets v. ZF TRW Automotive Holdings Corp.

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On November 13, 2020, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)** on the interested parties in this action as follows:

| | |
|---|---|
| Bruce A. Boice, Esq.<br>**LAW OFFICE OF BOICE & ASSOCIATES**<br>307 E. Chapman Ave., Suite 102<br>Orange, CA 92866 | Attorney for Plaintiff, IGOR SHABANETS<br><br>T:     (949) 690-8647<br>F:     (949) 266-8647<br>Email:     bboice@lawyer.com |

**BY ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address svillamarin@yukelaw.com to the persons at the e-mail addresses listed in the Service List.  Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided on November 13, 2020 that, during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mails.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2020, at Los Angeles, California.

_Sara Villamarin_
_____
Sara K. Villamarin

YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788