JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 20-02182-CJC(DFMx)                    Date: December 16, 2020

Title: <u>IGOR SHABANETS v. ZF TRW AUTOMOTIVE HOLDINGS CORP., *et al.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Cheryl Wynn</u> | <u>     N/A     </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE**

     In this case, Plaintiff Igor Shabanets brings product liability claims against Defendants ZF TRW Automotive Holdings Corp. ("ZF") and Volkswagen Group after he was injured in a 2018 car accident by an airbag installed in his 2016 Lamborghini Aventador. (Dkt. 1-1 [Complaint].) The Court recently dismissed ZF's motion to dismiss for lack of personal jurisdiction, which Plaintiff did not oppose. (Dkt. 11.) In that order, the Court also ordered Plaintiff to show cause in writing by December 14, 2020 regarding the status of service on Defendant Volkswagen Group. The Court specifically noted that "[f]ailure to file a response to this order to show cause will result in dismissal of the remainder of Plaintiff's case." Plaintiff did not respond to the Court's order to show cause. The Court therefore **DISMISSES** Plaintiff's case without prejudice.

cb

MINUTES FORM 11
CIVIL-GEN                                                                                           Initials of Deputy Clerk CW